**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **KIM VICKERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | |
| | ) | **2:25-CV-00567-ECM-JTA** |
| **ALABAMA HIGH SCHOOL** | ) | |
| **ATHLETIC ASSOCIATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Plaintiff Kim Vickers ("Vickers") and Defendant Alabama High School Athletic Association ("AHSAA"), pursuant to the Court's August 18, 2026 Order (Doc. 29), submit this Joint Status Report regarding the status of the Parties resolution efforts:

1. On July 7, 2026, the Parties participated in Mediation with Mediator, Heather Leonard, and agreed to a confidential resolution of Vickers's claims pending approval by the AHSAA Central Board.

2. AHSAA's Central Board has approved the Parties' confidential settlement, and the Parties are working to finalize all necessary settlement documentation.

3. The Parties should be in a position to file a Joint Stipulation of Dismissal, with Prejudice, on or before October 10, 2026.

DATED: September 17, 2026.

By: /s ***L. William Smith***
Jon C. Goldfarb, Esq.
L. William Smith, Esq.
Christina Maxine Malmat, Esq.
Wiggins Childs Pantazis Fisher Goldfarb
The Kress Building
301 19th Street North
Birmingham, AL 35203
jcg@wigginschilds.com
wsmith@wigginschilds.com
cmalmat@wigginschilds.com
*Attorneys for Plaintiff*

By: /s ***Taffi S. Stewart***
Taffi S. Stewart, Esq. (ASB-0450-m72t)
Sarah G. Redmond, Esq. (ASB-4416-N10P)
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
880 Montclair Road, Suite 100
Birmingham, Alabama 35213
Telephone: (205) 967-8822
Fax: (205) 967-2380
tstewart@lgwmlaw.com
sredmond@lgwmlaw.com
*Attorneys for Defendant Alabama High School Athletic Association*